■ MARY A. KERR, Respondent, v. WILLIAM F. KERR, Appellant.— Order entered on September.19, 1960, awarding plaintiff alimony *pendente lite* and a counsel fee in an action for separation unanimously modified on the law and on the facts and in the exercise of discretion to the extent of fixing the temporary alimony at $45 per week and the counsel fee at $400; and as so modified, the order is affirmed, without costs. In our opinion, the allowance of alimony *pendente lite* (and counsel fee), upon the papers submitted on the motion, was excessive. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ HOWE SOUND COMPANY v. GREG-GARY CORPORATION. (Two Actions.) — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

■ In the Matter of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property for Bruckner Expressway from Crosby Avenue to New England Thruway, in the Borough of The Bronx. MICHAEL J. DE GREGORIS et al., as Executors, et al., Respondents.— Motion for an extension of time granted and the time of all the parties who have taken appeals from the decree of the Supreme Court, Bronx County, entered on October 30, 1959, to perfect their appeals is enlarged so as to extend their time to file the record on appeal and their appellants' points up to and including January 3, 1961, with notice of argument for the February 1961 Term of this court, said appeals to be argued or submitted when reached. If the appellants fail to comply with the conditions imposed, the claimants-respondents may enter an order dismissing the appeals without notice to the appellants. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ STAR CONSTRUCTION CORP. v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY et al.— Motion for a stay and for other relief granted, only insofar as to stay the execution and enforcement of the order of the Supreme Court, New York County, entered on November 29, 1960, on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before December 22, 1960, with notice of argument for January 3, 1961, said appeal to be argued or submitted when reached. In all other respects, the motion is denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.